the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Hugh M. Morris* and *Holland S. Duell* for petitioner. *Mr. Edwin J. Prindle* for respondent.

No. 313. ARTCRAFT SILK HOSIERY MILLS, INC. *v.* GOTHAM SILK HOSIERY CO. ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas G. Haight, Clifton V. Edwards,* and *Leon Edelson* for petitioner. *Mr. Samuel E. Darby, Jr.,* for respondents.

No. 314. LEVERING & GARRIGUES CO. ET AL. *v.* MORRIN ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Frederick H. Wood* and *Merritt Lane* for petitioners. *Messrs. Frank P. Walsh* and *John Walsh* for respondents.

No. 316. COASTWISE TRANSPORTATION CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Robert E. Goodwin* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 317. KELLY *v.* NEW YORK, CHICAGO & ST. LOUIS R. CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. William C. Bachelder* and *H. K. Bachelder* for petitioner. *Mr. Russell P. Harker* for respondent.